UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SIDIKI WEAY,   JUDGMENT
   05-CV- 3866 (CBA)
                Petitioner,

   -against-


GAYLE HAPONICK, Acting Superintendent of
Green Haven Correctional Facility,   JAN - 2012


                Respondent.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 5, 2012, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied pursuant to 28 U.S.C. § 2254; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       January 06, 2012

                                                                                          s/DCP
                                                                  DOUGLAS C. PALMER
                                                                  Clerk of Court