UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIDIKI WEAY,

                              Petitioner,

-against-

GAYLE HAPONICK, Acting Superintendent of
Green Haven Correctional Facility,

                              Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3866 (CBA)

JAN - 2012

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 5, 2012, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied pursuant to 28 U.S.C. § 2254; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       January 06, 2012

                                                                         s/DCP
                                                     DOUGLAS C. PALMER
                                                     Clerk of Court